IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES W. HUNT,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | No. 3:10-cv-01104<br>Judge Nixon<br>Magistrate Judge Knowles |

## ORDER

Pending before the Court is Plaintiff Charles W. Hunt's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed along with a Brief in Support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response (Doc. No. 15), to which Plaintiff filed a Reply (Doc. No. 16). Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report"), recommending that the Motion be denied. (Doc. No. 17.) The Report was filed on November 2, 2012, and it provided a period of fourteen days in which either party could file an objection. (*Id.* at 36.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 28 day of November, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT